STATE OF NEW JERSEY v. JOSEPH GUERIN.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DEREK CLARK.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER JAMES.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN H. ROUSE.

September 11, 1987.

Petition for certification denied.